# EXHIBIT "A1"

**CT Corporation**

**Service of Process Transmittal**
09/07/2021
CT Log Number 540201491

| | |
|---|---|
| **TO:** | Lanetta Scott<br>Crop Production Services, Inc.<br>3005 Rocky Mountain Ave<br>Loveland, CO 80538-9001 |

**RE:** **Process Served in California**

**FOR:** Nutrien Ag Solutions, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LISA BAKER vs. NUTRIEN AG SOLUTIONS, INC. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 21CV02844 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/07/2021 at 14:37 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780124124459 |
| | Image SOP |
| | Email Notification,  Jeffrey Conrad  Jeffrey.conrad@nutrien.com |
| | Email Notification,  Billy Pirkle  billy.pirkle@cpsagu.com |
| | Email Notification,  Kara Fenton  kara.fenton@nutrien.com |
| | Email Notification,  Lanetta Scott  lanetta.scott@cpsagu.com |
| | Email Notification,  Sherri Kuhlmann  sherri.kuhlmann@nutrien.com |
| | Email Notification,  Jennifer MacAulay Bryant  jennifer.macaulaybryant@agrium.com |
| | Email Notification,  Rhonda Kambeitz  rhonda.kambeitz@nutrien.com |
| | Email Notification,  Amanda Vandagriff  amanda.vandagriff@nutrien.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

**CT Corporation**

**Service of Process Transmittal**
09/07/2021
CT Log Number 540201491

**TO:**     Lanetta Scott
Crop Production Services, Inc.
3005 Rocky Mountain Ave
Loveland, CO 80538-9001

**RE:**     **Process Served in California**

**FOR:**    Nutrien Ag Solutions, Inc.  (Domestic State: DE)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**

Tue, Sep 7, 2021

**Server Name:**

JOSE SORIANO

Entity Served

NUTRIEN AG SOLUTIONS, INC.

Case Number

21cv-02844

Jurisdiction

CA



**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY |
|---|---|
| | ELECTRONICALLY FILED<br>Merced Superior Court<br>8/24/2021 12:43 PM<br>Amanda Toste<br>Clerk of the Superior Court<br>By: Nengsy Moua, Deputy |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
NUTRIEN AG SOLUTIONS, INC.; and
DOES 1 to 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LISA BAKER

*(left margin, vertical text):* This e-copy is the official court record (GC68150)

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| CASE NUMBER: *(Número del Caso):* |
|---|
| 21CV-02844 |

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Merced
627 W. 21st Street
Merced, CA 95340

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael C. Titus 309153
WILD, CARTER & TIPTON   PH:  (559) 224-2131 / FAX:   (559) 229-7295
246 W. SHAW AVENUE, FRESNO, CA 93704

DATE: 8/24/2021 12:43 PM   Amanda Toste   Clerk, by *Nengsy Mou*, Deputy
*(Fecha)*   *(Secretario)*   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Nutrien AG Solutions, Inc.
   under: ☒ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev July 1, 2009]
CEB Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Baker, Lisa

This e-copy is the official court record (GC68150)

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

Michael C. Titus, Esq. (No. 309153)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Tel: 559-224-2131
Fax: 559-229-7295
E-Mail: mtitus@wctlaw.com

Attorneys for Plaintiff

ELECTRONICALLY FILED
Merced Superior Court
8/24/2021 12:43 PM
Amanda Toste
Clerk of the Superior Court
By: Nengsy Moua, Deputy

## SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF MERCED

LISA BAKER

      Plaintiff,

      vs.

NUTRIEN AG SOLUTIONS, INC.; and
DOES 1 to 20, inclusive,

      Defendants.

Case No.: 21CV-02844

COMPLAINT FOR NEGLIGENCE

Plaintiff Lisa Baker, Trustee of the D. Baker Irrevocable 2020 LB Trust ("Plaintiff") alleges as follows:

### I

### PRELIMINARY ALLEGATIONS

1.    Plaintiff is, and at all times mentioned herein, an individual residing in the County of Madera, California.

2.    Plaintiff is informed and believes, and thereon alleges that Defendant Nutrien Ag Solutions, Inc. ("Defendant") is a Delaware corporation authorized to do business, and is doing business in the State of California.

3.    Venue is proper in this county as the actions that give rise to the cause of action set forth herein occurred in the County of Merced.

4.    Plaintiff is unaware of the true names and capacities of Defendants sued herein as Does 1 through 20, inclusive, therefore sues those Defendants by such fictitious names. Plaintiff

This e-copy is the official court record (GC68150)

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

1   is informed and believes and thereon alleges that each of the Defendants in some manner are

2   responsible for the events and happenings referred to in this Complaint and caused Plaintiff to

3   suffer damages alleged herein.  Plaintiff will seek leave of court to amend this Complaint to

4   allege their true names and capacities when ascertained.

5                                                    II.

6                                   FACTUAL ALLEGATIONS

7          5.      Plaintiff is the owner of real property located at East Harmon Road and

8   Highway 152 in El Nido, California (the "Subject Property").  In or around 2017, Plaintiff

9   planted approximately ninety-eight (98) acres of alfalfa on the Subject Property.  Throughout the

10  ensuing years, Plaintiff cultivated and harvested alfalfa on the Subject Property.

11         6.      In or around February 2021, Plaintiff consulted with Daniel Boyd ("Boyd") a

12  licensed agricultural pest control advisor about how sixty (60) acres of the Subject Property's

13  alfalfa needed to be treated.  Boyd recommended several products be applied to the sixty (60)

14  acres.  One of his recommendations was to apply 15 gallons of Butyrac 200 to the acreage.

15         7.      After speaking with Boyd, Plaintiff contacted Defendant's Crop Advisor Daniel

16  Robinson ("Robinson").  Plaintiff requested prices for the various agricultural products,

17  including Butyrac 200.

18         8.      On or around February 19, 2021, Plaintiff followed-up with Robinson asking for

19  the prices on the products she requested.  Robinson communicated via text message various

20  product prices, but stated in pertinent part: "Saber (butyrate) $18.90/gal."  In response, Plaintiff

21  ordered "Butyrac 200 15 gl."  A true and correct of the text messages exchanged between

22  Robinson and Plaintiff are attached hereto as Exhibit A.

23         9.      On or around February 24, 2021, Defendant delivered fifteen (15) gallons of

24  Saber to Plaintiff.  Attached hereto as Exhibit B is a true and correct copy of Defendant's invoice

25  to Plaintiff.

26         10.     As implied through Robinson's text message, Plaintiff believed that Butyrac 200

27  and Saber had the same effect, and that either could be applied to the sixty (60) acres of alfalfa.

28         11.     Shortly after applying the Saber, Plaintiff's sixty-acre crop of Alfalfa was

COMPLAINT FOR NEGLIGENCE                                              Page 2

This e-copy is the official court record (GC68150)

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

1   destroyed by the Saber.

2                                           III

3                              **FIRST CAUSE OF ACTION**

4                              **(Negligence as to Nutrien)**

5          12.    Plaintiff incorporates and re-alleges by this reference each of the paragraphs 1

6   through 11 as though fully set forth herein.

7          13.    Defendant has a non-transferrable, non-delegable duty to apply a level of care

8   when informing their clients as to what agricultural products they have and if different products

9   could be used one in the same.

10         14.    Defendant negligently breached those duties by, amount other things:

11               (a)    Failing to inform Plaintiff that Saber was not the same product as

12   Butyrac 200; and

13               (b)    Providing Plaintiff with Saber when she asked for Butyrac 200.

14         15.    Plaintiff's alfalfa crop damage was a direct, legal and proximate result of

15   Defendant's negligence.  As a direct, proximate, and legal result of said negligence, Plaintiff has

16   suffered damages.

17                                          IV

18                             **PRAYER FOR RELIEF**

19         WHEREFORE, Plaintiff prays judgment against Defendant as follows:

20         1.    For compensatory damages in an amount according to proof;

21         2.    For interest at the legal rate permitted by law

22         3.    For costs of suit incurred herein, including attorney's fees; and

23         4.    For such other and further relief as the court may deem proper.

24   ///

25   ///

26   ///

27   ///

28   ///

COMPLAINT FOR NEGLIGENCE                                          Page 3

This e-copy is the official court record (GC 68150)

1

Date:  August 24, 2021

2

WILD, CARTER & TIPTON,
A Professional Corporation

3

4

By_____

5

Michael C. Titus
Attorneys for Plaintiff

6

7

8

\\Wct fs02\wp8\MCT\Baker, Lisa\v. Nutrien Ag Solutions\Pleadings\Complaint for Negligence.docx

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

COMPLAINT FOR NEGLIGENCE                                    Page 4

This e-copy is the official court record (GC68150)

# EXHIBIT A

This e-copy is the official court record (GC681.50)



This e-copy is the official court record (GC68150).



This e-copy is the official court record (GC68150)

EXHIBIT B

This e-copy is the official court record (GC68150)

Nutrien Ag Solutions, Inc.
MERCED CA (502)
265 N. ARBOLEDA DR.
MERCED, CA 95340
209-722-4181


Nutrien
Ag Solutions

**INVOICE**

| | |
|---|---|
| Invoice #: | 44343946 |
| Invoice Date: | 02/24/21 |
| Due Date: | 03/20/21 |
| Delivery Date: | 02/24/21 |
| Order #: | 18504858 |
| PO#: | |
| Sales Rep: | HOUSE ACCOUNT, House Merced |

BAKER FARMING PARTNERSHIP (24-21-2090222 -12/31/21)

LISA BAKER FARMING PARTNERSHIP
(1695512)
PO BOX 9
EL NIDO, CA 95317

| Product # - Product Description | Quantity | Gross Units Price | Sales Tax | Gross Ext'd Price |
|---|---|---|---|---|
| 1000013366 - RAPTOR 2X1GA 241-379-AA | 2.0000 GA | 354.5500 | 54.96 | 709.10 |
| *R* 1000014206 - SABER 2X2.5GA 34704-803-ZB | 15.0000 GA | 18.9000 | 21.97 | 283.50 |

*R* indicates 'Restricted Material'

Safety Data Sheets are available upon request for applicable products. Contact your local branch for details.
No Recommendation has been made or provided by seller concerning the use of any pesticide covered by this invoice. For a medical emergency involving this product, call 1-866-944-8565. For help with any spill, leak, fire or exposure, call Chemtrec at 1-800-424-9300.

A CALIFORNIA PESTICIDE MILL ASSESSMENT HAS BEEN PAID ON THE APPLICABLE PRODUCTS
FRAUD ALERT – Our bank information has NOT changed. Please immediately call (833) 684-9293 and speak to a member of our Credit Department if you are asked to change bank information. Again, DO NOT CHANGE OUR BANK REMITTANCE INFORMATION.
THANK YOU FOR CHOOSING NUTRIEN AG SOLUTIONS, INC.
WE LOOK FORWARD TO WORKING FOR YOU IN THE FUTURE

| Additional Information: | Payment Terms: 20TH DAY OF NEXT MONTH | | |
|---|---|---|---|
| | | Invoice Sub Total: | 992.60 |
| | | Sales Tax: | 76.93 |
| | | Invoice Total: | 1,069.53 |
| | | Less Prepay Used: | 0.00 |
| | | Less Prepay Discount: | 0.00 |
| | | Gross Invoice Total: | 1,069.53 |
| | | Amount Due: | 1,069.53 |

Remit To:
Nutrien Ag Solutions, Inc.
5018 SANTA FE GRADE
FIREBAUGH, CA 93622

1 of 1

This e-copy is the official court record (GC68150).

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF MERCED<br>627 W. 21st Street<br>Merced CA 95340<br>209-725-4100 | Reserved for Clerk's File<br>Stamp<br><br>FILED<br>MERCED COUNTY<br>2021 AUG 30 PH 1:50<br>CLERK OF THE SUPERIOR COURT<br>DEPUTY |
|---|---|
| Lisa Baker<br>vs<br>Nutrien Ag Solutions, Inc. | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE**<br>**NOTICE OF INCLUSION IN DELAY REDUCTION PROGRAM** | Case No.  21CV-02844 |

**To All Parties and their Attorneys of Record:**

Please take notice that the above-entitled action has been included in this Court's Delay Reduction Program. Local Rule 4 will hereafter apply to this action.  You are required to comply with the guidelines for program cases as set forth in the above referenced Local Rule and the applicable California Rules of Court (CRC), including Rules 3.714(b)(1), 3.720-3.735.

***Please note:  Local Rules and ADR Packet may be reviewed on-line at www.merced.courts.ca.gov.***

You are further advised that a Case Management Conference (CMC) in the above action has been scheduled, per Local Rule 4(B)(1)(a), for:

**April 11, 2022 at 10:00 AM in Courtroom 8**

**Located at 627 West 21ˢᵗ Street Merced, CA 95340**

**Honorable Judge Brian McCabe, presiding.**

**Plaintiff must serve this Notice on all Parties to this action at the same time the Complaint is served. Failure to do so may cause unnecessary delay to this action.**

Parties desiring to appear telephonically at the CMC shall comply with CRC, Rule 3.670 and Local Rule 4, and are responsible for making timely arrangements with CourtCall, LLC.  CourtCall, LLC may be reached at (888) 882-6878.  Notices of Telephonic Appearance may be placed on the CMC Statement or may be filed independently with the Court NOT LESS THAN THREE (3) COURT DAYS prior to the CMC.  A Notice of Telephonic Appearance is deemed valid on any subsequent, continued CMCs.

**PURSUANT TO CRC, RULE 3.724, THE PARTIES MUST MEET AND CONFER NO LATER THAN 30 DAYS PRIOR TO THE CMC.**

A CMC Statement shall be filed with the Court no later than **15 days** prior to the date set for the **CMC.** Parties shall use **Judicial Council form CM-110** (CRC 3.725).  This form is available at the Court Clerks Office or on-line at www.courtinfo.ca.gov.

If you have any further questions regarding this Notice, please contact the undersigned at the number indicated above.

Michael C Titus
246 West Shaw Ave
Fresno CA  93704

Date:  8/30/2021                                          Amanda Toste, Court Executive Officer

_____                          By: _____
Nengsy Moua                                                  Deputy Clerk
Printed Name

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF MERCED

# Alternative Dispute Resolution (ADR)
# Information Guide

Adapted by permission from the
Administrative Office of the Courts' publication:
**"Alternative Dispute Resolution,** *Options for Resolving Your Dispute***"**

ADR INFORMATION GUIDE

## There are Alternatives to Going to Trial

Did you know that most of all civil cases filed in court are resolved without going to trial? Many people use processes other than trial to resolve their disputes. These alternative processes, known as Alternative Dispute Resolution or ADR, are typically less formal and adversarial than trial, and many use a problem-solving approach to help the parties reach agreement. Because of these potential advantages, it is worth considering using ADR early in a lawsuit, **or even before you file a lawsuit.**

### Potential Advantages of ADR

Here are some potential advantages of using ADR:

❖ **Saves Time and Money:** A dispute often can be settled or resolved much sooner with ADR, allowing parties to save money on attorney fees, court costs, and experts' fees. An ADR fee of $300 to be shared by the Parties is charged by the Court for its Judicial Arbitration and Early Mediation Programs – this fee is not waived in cases involving successful Fee Waiver Applications.

❖ **Increases Control Over the Process and the Outcome:** In ADR, parties typically play a greater role in shaping both the process and its outcome. In ADR, parties have the opportunity to tell their side of the story just as they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that may not be available in a trial. Other ADR processes, such as arbitration, allow the parties to choose a qualified person or expert in a particular field to decide the dispute.

❖ **Preserves Ongoing Relationships:** ADR can be a less adversarial way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve. For example, in cases involving business partners, family members or customer-vendor relationships.

❖ **Increases Satisfaction:** In a trial, there is typically a winner and a loser. ADR can help the parties find win-win solutions and achieve their respective goals. This, along with other potential advantages of ADR, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

❖ **Fosters Attorney-Client Relationships:** Parties and Attorneys may also benefit from ADR by exploring their roles as problem-solvers and counselors rather than merely acting as adversaries. Quick, cost-effective, and satisfying resolutions are likely to produce happier parties and stronger relationships with their attorneys.

## What are the ADR Options?

The most commonly used ADR processes are Mediation, Arbitration, Neutral Case Evaluation, and Settlement Conferences.

### ♦ Private Mediation

In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but remains helps the parties communicate so they can settle the dispute themselves.  Mediation leaves control of the outcome with the parties.

Cases for Which Mediation May Be Appropriate: Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use.  Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can listen to the parties and help them communicate in an effective and non-confrontational manner.

### ♦ Private Arbitration

In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is typically less formal than a trial, and the rules of evidence may be relaxed.

Arbitration may be either "binding" or "non-binding." Binding arbitration means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final.  Non-binding arbitration means that the parties are free to request a trial if they reject the arbitrator's decision.  Arbitrations may be structured to set maximum and minimum awards, known as "High-Low Arbitrations".  This allows the plaintiff to have a guaranteed minimum recovery and the defendant to rely on a guaranteed absolute maximum exposure, regardless of how the arbitration unfolds.

Cases for Which Arbitration May Be Appropriate: Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

### ♦ Neutral Case Evaluation

In Neutral Case Evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved.  Although the evaluator's opinion is not binding, the

parties typically use it as a basis for trying to negotiate a resolution of the dispute. Even if not successful in resolving the case, Neutral Case Evaluation can lead to use of other ADR procedures, such as arbitration or mediation, especially when undertaken early in the litigation.

Cases for Which Neutral Case Evaluation May Be Appropriate:
Neutral Case Evaluation is appropriate for most cases, and may be most useful in cases that involve technical issues that require special expertise to resolve or in cases that the only significant issue is the amount of damages.

### ♦ Settlement Conferences
In Settlement Conferences, the parties and their attorneys meet with the judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement Conferences are appropriate in any case where settlement is an option. Mandatory Settlement Conferences, ordered by the Court, are often held near the date a case is set for trial.

## ADR Programs Offered by Merced Superior Court
Merced Superior Court provides two forms of ADR programs through its Early Mediation Program (EMP) and its Judicial Arbitration Program, described below.

### ♦ Merced Superior Court's *Early Mediation Program* (EMP)
**Civil unlimited cases are generally assigned to the Early Mediation Program.** Merced Superior Court provides parties with an opportunity to mediate cases before extensive fees and costs are spent (see "Private Mediation" below, for a description of how Mediation works). The EMP allows parties the opportunity to obtain the services of a mediator for only a $300 fee, to be shared by the parties. Because the parties have not generally committed extensive resources and time to a case at this early stage, resolution can be achieved at a lower cost and possibly with more satisfying results. Early Mediation Program Forms are available at: www.merced.courts.ca.gov. Here's how the EMP works:

- Civil Unlimited Cases are generally assigned to the Early Mediation Program, unless an opt-out form is <u>filed by any party</u> within 120 days from the filing of the Complaint. **<u>Timely service of the Complaint (within 60 days of filing) is essential to comply with the Early Mediation Program requirements.</u>**

- The $300 EMP fee must be paid to the Civil Clerk's Office within 120 days of filing the lawsuit, and the Parties are to schedule Early Mediation <u>before the first CMC</u> (set approximately 150 days from the filing of the Complaint).

Plaintiff is to collect the EMP fee, to be shared equally by the Parties or as the Parties agree, and timely submit the entire amount to the Civil Clerk's Office.

- Parties then select a Mediator from Merced Superior Court's ADR Neutral List available on the Court's website. Parties must notify the ADR Office immediately if a mediator cannot be agreed upon. The ADR Office will then provide the parties with a mediator short list where each party may de-select a mediator and report back to the ADR Coordinator within 5 days.

- In preparation for the Early Mediation, Parties are to draft a Mediation Statement of <u>no more than 5 pages</u> outlining the Party's position including agreed to and disputed facts. The Mediation Statement is to be sent to the mediator one (1) week before the Early Mediation (<u>do not file</u> with the Court).

- After the Early Mediation, Parties are to fill out a confidential Mediation Survey and send it to the ADR Office of the Court.

◆ **Merced Superior Court's *Judicial Arbitration Program***
Merced Superior Court provides parties with an opportunity to arbitrate their cases for a $300 fee before extensive fees and costs are spent. This program is generally ordered in cases where the amount in controversy is equal or less than $50,000. The Parties may agree to waive this cap and allow the possibility of a larger award. The Parties may also agree to make the Arbitration Award binding, thereby eliminating the need of further litigation. Otherwise, after Judicial Arbitration, the Parties receive an Award that they may accept or reject.

## Serving the ADR Information Packet
The ADR Information Packet, which is provided to all Plaintiffs initiating a lawsuit, consists of:
   ▶The ADR Information Guide
   ▶The ADR Stipulation Form
The Plaintiff must serve a copy of the ADR Packet on each Defendant with the Complaint. Cross-Complainants must serve a copy of the ADR Packet on all new Cross-Defendants with the Cross-Complaint. The ADR Information Packet is available in the Civil Clerk's Office or online at www.merced.courts.ca.org.

## Who You Can Call
For additional information, please contact the following:
▶ State Bar of California (415) 538-2000
▶ Calif. Dept. of Consumer Affairs, Consumer Info. Center, (800) 952-5210
▶ Merced Superior Court, ADR Office, (209) 725-4249
▶ Merced County Bar Association, (209) 722-8129
 ▶ Self Help Information on line: http://www.courtinfo.ca.gov/selfhelp

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address) | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:  FAX NO. (*Optional*):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF MERCED<br>627 W. 21st Street<br>Merced, CA 95340<br>(209) 725-4111 | |
| PLAINTIFF/PETITIONER:<br><br>DEFENDANT/RESPONDENT: | |
| STIPULATION AND ORDER REFERRING MATTER TO ALTERNATIVE DISPUTE RESOLUTION | CASE NUMBER: |
| (Check one): ☐ **UNLIMITED CASE** (Amount demanded exceeds $25,000)  ☐ **LIMITED CASE** (Amount demanded is $25,000 or less) | Assigned Judge:<br><br>Case Category (please circle):<br>I   II   III |

**THIS ADR STIPULATION IS TO BE FILED WITH THE COURT <u>WITHIN FIFTEEN (15) CALENDAR DAYS</u>**
**OF THE PARTIES' AGREEMENT TO PARTICIPATE IN ADR**

Pursuant to Cal. Rules of Court, Rule 3.221 and having met and conferred pursuant to Rules of Court, Rule 3.724, the parties hereby stipulate to refer the case to the following Alternate Dispute Resolution Process:

☐  Mediation                    ☐  Neutral Case Evaluation
☐  Binding Private Arbitration   ☐  Private Settlement Conference
☐  Non-binding Private Arbitration  ☐  Early Mediation (fee: $300)*

The ADR process will be conducted by (name of individual):_____

Provider's Address: _____

Provider's Telephone: _____ Fax: _____ E-Mail:_____

The ADR process will be completed on, or before, (date):_____

The next Case Management Conference is scheduled for (date/time):_____

* Parties not already assigned to <u>Early Mediation</u> may execute and file this Stipulation as soon as the case is at issue. Upon filing this Stipulation, an early Case Management Conference will be scheduled by the Court and the parties will have the opportunity to attempt settlement before extensive costs and fees are undertaken. The fee for Early Mediation is $300, to be shared by the Parties and paid to the Court in full with the filing of this Stipulation. The $300 fee is <u>not</u> waived for successful Fee Waiver Applicants.

The Parties further stipulate and agree that:

1. All parties have reached agreement as to the payment of fees of the ADR provider;
2. All Parties have been served and submit to the jurisdiction of the Court;
3. All Parties have agreed to a specific discovery plan to make the ADR process meaningful;
4. Copies of this Stipulation and self-addressed stamped envelopes are provided to the Court for returning file-stamped copies to counsel and the parties along with the $20.00 fee for filing a Stipulation with Order per *Govt. Code* §70617(c) (2);
5. Early Mediation fee of $300 total is submitted with this Stipulation (if applicable); and
6. All Parties are aware that a request for continuance of the ADR completion date established by this Stipulation and Order is discouraged, and the request may be denied by the Court.

----

Type or print name of ☐ Party without attorney ☐ Attorney for
☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant

**(Date and Sign)** Attorney or Party without
attorney (Sign in blue ink)

----

Type or print name of ☐ Party without attorney ☐ Attorney for
☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant

**(Date and Sign)** Attorney or Party without
attorney (Sign in blue ink)

----

Type or print name of ☐ Party without attorney ☐ Attorney for
☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant

**(Date and Sign)** Attorney or Party without
attorney (Sign in blue ink)

----

Type or print name of ☐ Party without attorney ☐ Attorney for
☐ Plaintiff/Petitioner ☐ Defendant/Respondent/Contestant

**(Date and Sign)** Attorney or Party without
attorney (Sign in blue ink)

☐ Additional signatures are attached

----

Pursuant to the Stipulation of the parties, the above case is ordered to ADR as described and agreed to above. If applicable, an early Case Management Conference is set for _____.

Dated:_____

☐ **DONALD J. PROIETTI, JUDGE**
☐ **BRIAN L. McCABE, JUDGE**
☐ **JEANNE SCHECHTER, COMMISSIONER**
☐ **DAVID FOSTER, TEMPORARY JUDGE**
☐

----