

United States District Court
Eastern District of California

| LISA BAKER | Case Number: | 1:21-CV-01490-DAD-SKO |

Plaintiff(s)

V.

| NUTRIEN AG SOLUTIONS, INC. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Nicholas A. Warden__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

__Nutrien Ag Solutions, Inc.__

On __5/02/2013__ (date), I was admitted to practice and presently in good standing in the __Idaho State Bar__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __October 18, 2021__      Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Nicholas A. Warden |
| Law Firm Name: | Bailey & Glasser LLP |
| Address: | 800 W. Main Street |
| | Suite 1460 |
| City: | Boise      State: ID      Zip: 83702 |
| Phone Number w/Area Code: | (208) 342-4411 |
| City and State of Residence: | Boise, Idaho |
| Primary E-mail Address: | nwarden@baileyglasser.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Joshua N. Kastan |
| Law Firm Name: | DKM Law Group |
| Address: | 535 Pacific Avenue |
| | Suite 101 |
| City: | San Francisco      State: CA      Zip: 94133 |
| Phone Number w/Area Code: | (415) 226-7400      Bar # 284767 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/19/2021                    /s/ Sheila K. Oberto
                                      JUDGE, U.S. DISTRICT COURT