Michael C. Titus, Esq. (No. 309153)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Tel: 559-224-2131
Fax: 559-229-7295
E-Mail: mtitus@wctlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| BAKER FARMING PARTNERSHIP,<br><br>Plaintiff,<br><br>vs.<br><br>NUTRIEN AG SOLUTIONS, INC.; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 1:21−CV−01490−ADA−SKO<br><br>**ORDER MODIFYING CASE SCHEDULE**<br><br>**(Doc. 48)**<br><br>Trial Date: July 2, 2024 |

## ORDER

Having read and considered the Parties' Stipulation to Modify Case Schedule (Doc. 48) and good cause appearing therefore, the Court orders that the case schedule (Doc. 31) is MODIFIED as follows:

**Discovery Deadlines:**

The parties are ordered to complete all non-expert discovery, including motions to compel any non-expert discovery, on or before November 9, 2023.

The parties are directed to disclose all expert witnesses, in writing, on or before November 23, 2023, and to disclose all rebuttal experts on or before December 23, 2023.

The parties are further ordered to complete all expert discovery, including motions to compel any expert discovery on or before February 13, 2024.

///

**Non-Dispositive Motion Deadlines:**

All non-dispositive pre-trial motions (excluding motions to compel, addressed above) shall be filed by March 13, 2024, and heard on or before April 17, 2024.

**Dispositive Motion Deadlines:**

All dispositive pre-trial motions shall be filed by March 23, 2024, and heard on or before April 29, 2024

**Pre-Trial Conference:**

The Pre-Trial Conference is set for September 30, 2024, at 1:30 p.m. in Courtroom 1 before the Honorable Anna de Alba, United States District Judge.

**Trial:**

Trial is set for December 3, 2024, at 8:30 a.m. in Courtroom 1 before the Honorable Anna de Alba, United States District Judge.

**Settlement Conference:**

The Settlement Conference shall remain set on October 3, 2023, at 10:00 a.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **July 17, 2023**         /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE