JOSHUA N. KASTAN (SBN 284767)
jnk@dkmlawgroup.com
**DKM LAW GROUP, LLP**
50 California Street, Suite 1500
San Francisco, California 94111
Telephone: 415.421.1100

NICHOLAS A. WARDEN (*pro hac vice*)
nwarden@baileyglasser.com
**BAILEY & GLASSER LLP**
950 W. Bannock St., Suite 940
Boise, Idaho 83702
Telephone: 208.342.4411

Attorneys for Defendant
NUTRIEN AG SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| BAKER FARMING PARTNERSHIP, A California general partnership,<br><br>Plaintiff,<br>vs.<br>NUTRIEN AG SOLUTIONS, INC., a corporation,<br><br>Defendant. | CASE NO. 1:21-cv-01490-ADA-SKO<br><br>**ORDER MODIFYING CASE SCHEDULE** |

Having read and considered the parties' Second Stipulation to Modify Case Schedule (Doc. 55) and cause appearing therefore, the court orders that the case schedule be modified as follows:

**Discovery Deadlines:**

The Parties shall complete all non-expert discovery, including motions to compel any non-expert discovery, by January 8, 2024.

The Parties shall disclose all expert witnesses, in writing, by January 22, 2024, and disclose all rebuttal experts on or before February 21, 2024.

The parties shall complete all expert discovery, including motions to compel any expert discovery on or before March 13, 2024.

**Non-Dispositive Motion Deadline:**

All non-dispositive pre-trial motions (excluding motions to compel, addressed above) shall be filed by March 23, 2024, and heard on May 1, 2024.

While the parties have not requested the Court modify any other dates, they are amended as follows in accordance with District Judge Ana de Alba's scheduling procedures: All dispositive motions shall be filed by April 1, 2024, and heard on May 13, 2024; the pre-trial conference is set for October 21, 2024, and trial is set for January 7, 2025.

IT IS SO ORDERED.

Dated:   **November 8, 2023**             /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE