**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAKER FARMING PARTNERSHIP, A California general partnership,<br><br>           Plaintiff,<br>     vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a corporation,<br><br>           Defendant. | CASE NO.: 1:21-cv-01490-NODJ-SKO<br><br>**ORDER MODIFYING CASE SCHEDULE**<br><br>(Doc. 59) |

Having read and considered the parties' Third Stipulation to Modify Case Schedule (Doc. 59) and cause appearing therefore, the court orders that the case schedule be MODIFIED as follows:

The non-expert discovery completion deadline is continued to **April 8, 2024**.

The expert witness disclosure deadline is continued to **April 22, 2024**.

The expert rebuttal opinion disclosure deadline is continued to **May 21, 2024**.

The expert discovery completion deadline is continued to **June 13, 2024**.

The non-dispositive pre-trial motion deadline is continued to **June 24, 2024**.

The dispositive motion deadline is continued to **July 1, 2024**.

While the parties have not requested the Court modify any other dates, they are amended as follows in accordance with the Court's scheduling procedures: The pre-trial conference is continued to **January 6, 2025**, and trial is continued to **March 11, 2025**.

**The dates set forth in the Amended Order re: Settlement Conference (Doc. 54) remain AS SET.**

IT IS SO ORDERED.

Dated:  **December 22, 2023**                     /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE