1  JOSHUA N. KASTAN (SBN 284767)
   jnk@dkmlawgroup.com
2  **DKM LAW GROUP, LLP**
   50 California Street, Suite 1500
3  San Francisco, California 94111
   Telephone: 415.421.1100
4
   NICHOLAS A. WARDEN (*pro hac vice*)
5  nwarden@baileyglasser.com
   **BAILEY & GLASSER LLP**
6  950 W. Bannock St., Suite 940
   Boise, Idaho 83702
7  Telephone: 208.342.4411

8  THOMAS J. BULLOCK (*pro hac vice*)
   tbullock@baileyglasser.com
9  **BAILEY & GLASSER LLP**
   309 E. 5th St.
10 Suite 202B
   Des Moines, IA 50309
11 Attorneys for Defendant
   Telephone: 515-416-9050
12
   NUTRIEN AG SOLUTIONS, INC.
13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **EASTERN DISTRICT OF CALIFORNIA**
16
                           **FRESNO DIVISION**
17

| BAKER FARMING PARTNERSHIP, A California general partnership, | CASE NO. 1:21-cv-01490-KES-SKO |
|---|---|
| Plaintiff, | **ORDER MODIFYING CASE SCHEDULE** |
| vs. | (Doc. 63) |
| NUTRIEN AG SOLUTIONS, INC., a corporation, | |
| Defendant. | |

24    Having read and considered the parties' Fourth Stipulation to Modify Case Schedule (Doc.

25 63) and for good cause shown (Fed. R. Civ. P. 16(b)(4)), the court orders that the case schedule

26 (Doc. 61) is MODIFIED as follows:

27

28

**Discovery Deadlines:**

The parties shall complete all non-expert discovery by **June 7, 2024**.

The parties shall disclose all expert witnesses, in writing, by **June 21, 2024**, and disclose all rebuttal experts on or before **July 19, 2024**.

The parties shall complete all expert discovery on or before **August 12, 2024**.

While the parties have not requested that the Court modify any other dates, they are modified as follows in accordance with the Court's scheduling procedures:

The non-dispositive pre-trial motion filing deadline is continued to **August 23, 2024.**

The dispositive motion filing deadline is continued to **August 30, 2024**.

The pre-trial conference is continued to **January 27, 2025, at 1:30 PM**, and trial is continued to **March 25, 2025, at 9:00 AM**.

**The dates set forth in the Amended Order re: Settlement Conference (Doc. 54) remain AS SET.**

IT IS SO ORDERED.

Dated:   **April 23, 2024**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE