JOSHUA N. KASTAN (SBN 284767)
jnk@dkmlawgroup.com
**DKM LAW GROUP, LLP**
50 California Street, Suite 1500
San Francisco, California 94111
Telephone: 415.421.1100

NICHOLAS A. WARDEN (*pro hac vice*)
nwarden@baileyglasser.com
**BAILEY & GLASSER LLP**
950 W. Bannock St., Suite 940
Boise, ID 83702

THOMAS J. BULLOCK (*pro hac vice*)
tbullock@baileyglasser.com
**BAILEY & GLASSER LLP**
309 E. 5th St., Suite 202B
Des Moines, IA 50309

Attorneys for Defendant,
NUTRIEN AG SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BAKER FARMING PARTNERSHIP, A California general partnership,<br><br>            Plaintiff,<br>    vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a corporation,<br><br>            Defendant. | CASE NO. 1:21-cv-01490-KES-SKO<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

Having read and considered the parties' Stipulation and Request to Vacate the Settlement Conference (Doc. 65) presently set for May 30, 2024, and good cause appearing,

IT IS HEREBY ORDERED that the May 30, 2024, settlement conference and all related dates set by the Court's September 28, 2024, Amended Order re: Settlement Conference (Dkt. 54) are hereby VACATED.  IT IS FURTHER ORDERED that Counsel for the parties shall promptly

1  file a status report no later than August 15, 2024, to update the Court on the status of mediation.

IT IS SO ORDERED.

Dated:  **May 9, 2024**                           /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE