# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| BAKER FARMING PARTNERSHIP, A California general partnership,<br><br>    Plaintiff,<br>vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a corporation,<br><br>    Defendant. | CASE NO. 1:21-cv-01490-KES-SKO<br><br>**ORDER MODIFYING CASE SCHEDULE**<br><br>(Doc. 67) |

Having read and considered the parties' Fifth Stipulation to Modify Case Schedule (Doc. 67) and for good cause shown (Fed. R. Civ. P. 16(b)(4)), the Court orders that the case schedule (Doc. 64) be MODIFIED as follows:

**Discovery Deadlines:**

The Parties shall complete all non-expert depositions by **July 7, 2024**.

The Parties shall disclose all expert witnesses, in writing, by July 21, 2024, and disclose all rebuttal experts on or before **August 19, 2024**.

The parties shall complete all expert discovery on or before **September 12, 2024**.

While the parties have not requested that the Court modify any other dates, they are modified as follows in accordance with the Court's scheduling procedures:

The non-dispositive pre-trial motion filing deadline is continued to **September 19, 2024.**

1   The dispositive motion filing deadline is continued to **October 3, 2024**.

2   The pre-trial conference is continued to **March 10, 2025, at 1:30 PM**, and trial is continued

3 to **May 6, 2025, at 9:00 AM**.

IT IS SO ORDERED.

Dated:  **June 25, 2024**       /s/ *Sheila K. Oberto*
                UNITED STATES MAGISTRATE JUDGE