UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKER FARMING PARTNERSHIP, A California general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a corporation,<br><br>Defendant. | CASE NO. 1:21-cv-01490-KES-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 69) |

On July 24, 2024, the parties filed a joint stipulation dismissing the action. (Doc. 69). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 25, 2024**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE